**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**VIRGINIA DANIEL**                                                                **PLAINTIFF**

vs                                                     **CIVIL ACTION NO. 3:12CV-831-S**

**REGIONAL ADJUSTMENT BUREAU, INCORPORATED**        **DEFENDANT**

### ORDER

Counsel having notified the Court of a settlement in this matter (DN# 11), **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

June 6, 2013

                                                    **Charles R. Simpson III, Senior Judge**
                                                    United States District Court

cc: Counsel of Record